UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-11292 |
| | ) | |
| NATIONAL TERRAZZO, INC., | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | Chapter 11 |

### CERTIFICATE OF SERVICE

To:    Attached Service List.

The undersigned being first duly sworn on oath deposes and states that she served the Notice of Final Hearing on Use of Cash Collateral and the Proposed Interim Order upon the parties named on the attached service list via the United States Mail, on the 12th day of October, 2006, before the hour of 5:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Wanda Anderson

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL  60604; (312) 332-0267

SERVICE LIST

Bricklayers International
Pension Fund
1776 Eye Street NW
Washington, DC 20006

Canon Business Solutions
425 North Martingale Road
Schaumburg, IN 60173

Capital One
FSB Remittance
PO Box 790217
Saint Louis, MO 63179-0217

CGA Investment
Van Vlissingen & Co.
One Overlook Point
Lincolnshire, IL 60069

Chicago Tile Institute
725 East Irving Park Road
Roselle, Illinois 60172

Commerce & Industry Insurance
c/o Lerner & Weiss
1600 Ventura Blvd., Suite 1111
Encino, CA 91436-2730

Companion Property & Casualty
PO Box 6000
Columbia, SC 29260

Dur-A-Flex, Inc.
95 Goodwin Street
East Hartford, CT 06108

Emalfarb, Swan & Bain
440 Central Avenue
Highland Park, IL 60035

FCCI Insurance Group
12800 N. Meridian Street
Suite 100
Carmel, IN

Glenrock, Co.
135 South LaSalle Street
Dept. 4206
Chicago, IL 60674-4206

Illinois Department of Emplymt Sec.
Northern Region
260 East Indian Trail Road
Aurora, IL 60505

Illinois Department of Revenue
Field Compliance District 02
9571 West Harrison Avenue
Des Plaines, IL 60016

Internal Revenue Service
P.O. Box 145566
Cincinnati, OH 45214

Michael Singer, PC
300 Dundee Road
Suite 315
Northbrook, IL 60062

Michael Whelan
770 Lee Street, #202
Des Plaines, IL 60016

North Central Terrazzo, Inc.
406 South Court
Rockford, IL 61101

Peoples Energy
P.O. Box 0
Chicago, IL 60690-3991

Terrazzo & Marble
77 South Wheeling
Wheeling, IL 60090

Terrazzo Workers Local 67
6425 South Central Avenue
Chicago, IL 60638

Union National Bank
101 East Chicago Street
Elgin, IL 60120

Wasau Tile
PO Box 1520
Wausau, WI 54402

Weinberg, Richmond LLP
333 West Wacker Drive, Suite 1800
Chicago, IL 60606

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Frank A. Marco
Gregorio & Associates PC
Two N. LaSalle Street, Suite 1650
Chicago, IL 60602-3702

Robert T. Little, Assoc. Area Counsel
Small Business/Self-Employed Buss.
Internal Revenue Service
200 W. Adams Street, Suite 2300
Chicago, IL 60606

G. Reed, Revenue Officer
Internal Revenue Service
Small Business/Self Employed
230 South Dearborn, CHI 5014
Chicago, IL 60604

Aaron L. Hammer
Freeborn & Peters LLP
311 South Wacker Dr., Ste. 3000
Chicago, IL 60606-6677