# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
NATIONAL TERRAZZO, INC.             §     Case No. 06-11292
                                    §
                    Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
         . The case was converted to one under Chapter 7 on            . The
undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH E. COHEN_____
                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 06-11292   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: JOSEPH E. COHEN |
| Case Name: NATIONAL TERRAZZO, INC. | Date Filed (f) or Converted (c): 01/23/07 (c) |
| | 341(a) Meeting Date: 02/16/07 |
| For Period Ending: 12/19/10 | Claims Bar Date: 11/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNT RECEIVABLE | 124,000.00 | 40,000.00 | | 133,189.83 | 0.00 |
| 2. DIP CHECKING (u) | 0.00 | 3,500.00 | | 3,426.00 | 74.00 |
| 3. INSURANCE REFUND (u) | 0.00 | 15.00 | | 15.00 | 0.00 |
| 4. WORKMANS COMP. INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE | 66,250.00 | 15,000.00 | | 15,000.00 | 0.00 |
| 7. OFFICE EQUIPMENT | 10,000.00 | 3,000.00 | | 5,000.00 | 0.00 |
| 8. MACHINERY | 179,722.00 | 50,000.00 | | 30,000.00 | 20,000.00 |
| 9. INVENTORY | Unknown | 30,000.00 | | 60,132.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,061.88 | Unknown |
| TOTALS (Excluding Unknown Values) | $379,972.00 | $141,515.00 | | $247,824.71 | Gross Value of Remaining Assets $20,074.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 11. TRUSTEE HAS EMPLOYED AUCTIONEER TO CONDUCT PUBLIC SALE OF ASSETS. SALE HAS BEEN CONDUCTED AND ACCOUNTS RECEIVABLE ARE BEING COLLECTED.

Initial Projected Date of Final Report (TFR): 04/30/08     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 06-11292 -PSH | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | NATIONAL TERRAZZO, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6715 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 12/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/07 | 1 | WOODSTOCK COMMUNITY UNIT | ACCOUNT RECEIVABLE | 1121-000 | 4,784.75 | | 4,784.75 |
| 02/15/07 | 1 | CUSTOM CONTRACTING | ACCOUNT RECEIVABLE | 1121-000 | 28,171.60 | | 32,956.35 |
| 02/15/07 | 1 | CLUNE CONSTRUCTION COMPANY | ACCOUNT RECEIVABLE | 1121-000 | 1,048.00 | | 34,004.35 |
| 02/15/07 | 000301 | MONROE GUARANTY INSURANCE CO. | insurance premium | 2420-000 | | 3,484.84 | 30,519.51 |
| | | c/o Bank One | Customer No: 0000667004CB | | | | |
| | | P.O. Box 663662 | Custom Name: National Terrazzo, Inc. | | | | |
| | | Indianapolis, IN 46266 | | | | | |
| 02/28/07 | 2 | Union National Bank | Proceeds of DIP account | 1290-000 | 3,426.00 | | 33,945.51 |
| 02/28/07 | 3 | Companion Property & Casualty Insur. Co. | Insurance refund | 1290-000 | 15.00 | | 33,960.51 |
| 02/28/07 | 1 | Mark Mellicker | ACCOUNT RECEIVABLE | 1121-000 | 4,000.00 | | 37,960.51 |
| 02/28/07 | 1 | Custom Contracting | ACCOUNT RECEIVABLE | 1121-000 | 15,234.40 | | 53,194.91 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.47 | | 53,202.38 |
| 03/28/07 | 1 | Sherwin Williams | ACCOUNT RECEIVABLE | 1121-000 | 126.36 | | 53,328.74 |
| 03/28/07 | 1 | Professional Account Management | ACCOUNT RECEIVABLE | 1121-000 | 75.00 | | 53,403.74 |
| 03/28/07 | * NOTE * | American Auction Associates, Inc. | Sale of assets at auction | 1129-000 | 110,132.00 | | 163,535.74 |
| | | | * NOTE * Properties 6, 7, 8, 9 | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.66 | | 163,578.40 |
| 04/10/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 21,256.07 | 142,322.33 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 119.61 | | 142,441.94 |
| 05/11/07 | 1 | BULLEY & ANDREWS LLC | ACCOUNT RECEIVABLE | 1121-000 | 16,690.00 | | 159,131.94 |
| 05/15/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 918.00 | 158,213.94 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 128.32 | | 158,342.26 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 130.14 | | 158,472.40 |
| 07/24/07 | 1 | W.E. O"NEIL CONSTRUCTION CO. | ACCOUNT RECEIVABLE | 1121-000 | 1,051.00 | | 159,523.40 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 134.74 | | 159,658.14 |
| 08/21/07 | 1 | MCHUGH/RITEWAY JOINT VENTURE | ACCOUNT RECEIVABLE | 1121-000 | 48,963.22 | | 208,621.36 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 147.59 | | 208,768.95 |
| 09/25/07 | 1 | CLUNE CONSTRUCTION CO. | | 1121-000 | 10,000.00 | | 218,768.95 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 133.56 | | 218,902.51 |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.20

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6715 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 12/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 139.44 | | 219,041.95 |
| 11/02/07 | 1 | The Meyne Company | ACCOUNT RECEIVABLE | 1121-000 | 395.00 | | 219,436.95 |
| 11/15/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 219,019.86 | 417.09 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 70.38 | | 487.47 |
| 12/24/07 | 1 | CRANE CONSTRUCTION | ACCOUNT RECEIVABLE | 1121-000 | 2,650.50 | | 3,137.97 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.27 | | 3,138.24 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.24 | | 3,139.48 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.75 | | 3,140.23 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.77 | 3,137.46 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.74 | | 3,138.20 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.64 | | 3,138.84 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.40 | | 3,139.24 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,139.63 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.40 | | 3,140.03 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,140.42 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,140.81 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.30 | | 3,141.11 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.25 | | 3,141.36 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 3,141.53 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,141.56 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,141.58 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 2.58 | 3,139.00 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,139.03 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.10 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.17 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.25 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.33 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.41 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-11292 -PSH | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6715 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 12/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.49 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.57 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.65 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.73 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.80 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.87 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.73 | 3,136.14 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,136.23 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.31 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,136.38 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,136.47 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.55 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.63 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.71 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,136.78 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.86 |

| Account *******6715 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 16 | Deposits | 246,762.83 | 4 | Checks | 3,493.92 |
| | 46 | Interest Postings | 1,061.88 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 241,193.93 |
| | | Subtotal | $ 247,824.71 | | | |
| | | | | | Total | $ 244,687.85 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 247,824.71 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 06-11292 -PSH | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6731  BofA - Checking Account |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 12/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 21,256.07 | | 21,256.07 |
| 04/10/07 | 003001 | AMERICAN AUCTION ASSOCIATES | Reimburse Auctioneers Expenses | 3620-000 | | 9,359.79 | 11,896.28 |
| 04/10/07 | 003002 | VAN VLISSINGEN | ADMINISTRATIVE RENT PAYMENT | 2410-000 | | 11,896.28 | 0.00 |
| 05/15/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 918.00 | | 918.00 |
| 05/15/07 | 003003 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF DUMPSTER EXPENSES | 2420-000 | | 918.00 | 0.00 |
| 11/15/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 219,019.86 | | 219,019.86 |
| 11/15/07 | 003004 | Union National Bank | Sale proceeds | 4210-000 | | 82,617.77 | 136,402.09 |
| | | | Sale proceeds | | | | |
| 11/15/07 | 003005 | Internal Revenue Service | ACCOUNT RECEIVABLE | 4300-000 | | 121,138.30 | 15,263.79 |
| 11/15/07 | 003006 | Joseph E. Cohen | Trustee Fees | 2100-000 | | 15,263.79 | 0.00 |
| | | | Trustee Fees | | | | |

| Account *******6731 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | 6 | Checks | 241,193.93 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 241,193.93 |
| 0 | Adjustments In | | 0.00 | | | |
| 3 | Transfers In | | 241,193.93 | | | |
| | Total | $ | 241,193.93 | | | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NATIONAL TERRAZZO, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6731  BofA - Checking Account |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 12/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 16 | Deposits | 246,762.83 | 10 | Checks | 244,687.85 |
| 46 | Interest Postings | 1,061.88 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 241,193.93 |
| | Subtotal | $ 247,824.71 | | | |
| | | | | Total | $ 485,881.78 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 241,193.93 | | | |
| | Total | $ 489,018.64 | | Net Total Balance | $ 3,136.86 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11292 | | Page 1 | | Date: December 21, 2010 |
| Debtor Name: | NATIONAL TERRAZZO, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002C 999 6950-73 | Illinois Department of Emplymt Sec. Northern Region 260 East Indian Trail Road Aurora, IL 60505 | Administrative | | $19,242.55 | $0.00 | $19,242.55 |
| 000007 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Administrative | | $1,500.00 | $0.00 | $1,500.00 |
| 000008 999 6820-00 | Illinois Dept of Employment Security Attorney General Section - 9th Floor 33 South State STreet Chicago, IL 60603 | Administrative | | $26,178.47 | $0.00 | $26,178.47 |
| 000015 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Administrative | | $1,250.00 | $0.00 | $1,250.00 |
| 000016 001 2950-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Administrative | | $1,250.00 | $0.00 | $1,250.00 |
| 000003C | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Priority | | $237,738.89 | $0.00 | $237,738.89 |
| 000004 | Illinois Department Of Revenue 100 West Randolph Ste 7-400 Bankruptcy Unit Chicago, Illinois 60601 | Priority | | $34,107.99 | $0.00 | $34,107.99 |
| 000012B | Chicago Tile Institute 725 E. Irving Park Road, Suite B Roselle, IL 60172 | Priority | | $149,485.48 | $0.00 | $149,485.48 |
| 000013B | Chicago Tile Institute 725 E. Irving Park Road, Suite B Roselle, IL 60172 | Priority | | $149,485.48 | $0.00 | $149,485.48 |
| 000001 | Commerce & Industry Insurance c/o Lerner & Weiss 1600 Ventura Blvd., Suite 1111 Encino, CA 91436-2730 | Unsecured | | $287,823.00 | $0.00 | $287,823.00 |
| 000002A | Illinois Department of Emplymt Sec. Northern Region 260 East Indian Trail Road Aurora, IL 60505 | Unsecured | | $20,796.48 | $0.00 | $20,796.48 |
| 000003A | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 | Unsecured | | $15,942.00 | $0.00 | $15,942.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11292 | | Page 2 | | | Date: December 21, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | NATIONAL TERRAZZO, INC. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Philadelphia, PA 19114 | | | | | |
| 000005 | Van Vlissingen and Co.<br>One Overlook Point<br>Suite 100<br>Lincolnshire, IL 60069 | Unsecured | | $84,150.00 | $0.00 | $84,150.00 |
| 000006 | Blast It All, Inc.<br>4110 Carlisle Drive<br>Prairie Grove, IL<br>60012 | Unsecured | | $4,812.40 | $0.00 | $4,812.40 |
| 000009 | Wasau Tile<br>POB 1520<br>Wausau, WI 54402 | Unsecured | | $57,573.75 | $0.00 | $57,573.75 |
| 000010 | H.B. Fuller Com (SCB, Inc)<br>PO Box 65492<br>St. Paul, MN 55165 | Unsecured | | $9,660.00 | $0.00 | $9,660.00 |
| 000011 | West Bend Insurance<br>1900 South 18th Ave<br>West Bend, WI 53095 | Unsecured | | $22,215.76 | $0.00 | $22,215.76 |
| 000012A | Chicago Tile Institute<br>725 E. Irving Park Road, Suite B<br>Roselle, IL 60172 | Unsecured | | $86,706.17 | $0.00 | $86,706.17 |
| 000013A | Chicago Tile Institute<br>725 E. Irving Park Road, Suite B<br>Roselle, IL 60172 | Unsecured | | $86,706.17 | $0.00 | $86,706.17 |
| 000002B | Illinois Department of Emplymt Sec.<br>Northern Region<br>260 East Indian Trail Road<br>Aurora, IL 60505 | Secured | | $45,890.57 | $0.00 | $45,890.57 |
| 000003B | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Secured | | $1,534,446.85 | $0.00 | $1,534,446.85 |
| 000014 | Union National Bank<br>c/o Aaron L. Hammer, Esq.<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago,IL 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11292 | | Page 3 | | Date: December 21, 2010 |
| Debtor Name: | NATIONAL TERRAZZO, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $2,876,962.01 | $0.00 | $2,876,962.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-11292
Case Name: NATIONAL TERRAZZO, INC.
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees: Office of the U.S. Trustee* | | |
| *<B>(ADMINISTR* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: Illinois Dept of Employment Security | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

   Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

   Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

   The amount of surplus returned to the debtor after payment of all claims and interest is $  .