# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
NATIONAL TERRAZZO, INC. § Case No. 06-11292
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/01/2011 in Courtroom 644,
United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
Clerk, U. S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
NATIONAL TERRAZZO, INC. § Case No. 06-11292
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 247,824.71 |
| *and approved disbursements of* | $ | 244,687.85 |
| *leaving a balance on hand of*[1] | $ | 3,136.86 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 377.45 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: Office of the U.S. Trustee | | |
| <B>(ADMINISTR | $ 1,250.00 | $ 0.00 |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* Illinois Dept of Employment Security | | $     0.00 | $   1,509.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Joseph E. Cohen_____
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 2                   Date Rcvd: Jan 06, 2011
Case: 06-11292                Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Jan 08, 2011.
db           +National Terrazzo, Inc.,    1475 Busch Parkway,    Buffalo Grove, IL 60089-4506
aty          +Frank Marco,    2 North Lasalle Ste 1650,    Chicago, IL 60602-4035
aty          +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1522,
               Chicago, IL 60604-3761
aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
11096198     +Blast It All, Inc.,    4110 Carlisle Drive,    Prairie Grove, IL 60012-2141,    60012
10953184     +Bricklayers Int'l Pension Fund,    1776 Eye Street NW,    Washington, DC 20006-3700
10907615     +CGA Investment,    Van Vlissingen & Co.,    One Overlook Point,    Lincolnshire, IL 60069-4313
10953185     +Canon Business Solutions,    425 NOrth Marringale Road,    Schaumburg, IL 60173-2406
10953186     +Capital One,    FSB Remittance,    POB 790217,    Saint Louis, MO 63179
11700686     +Chicago Tile Institute,    725 E. Irving Park Road, Suite B,    Roselle, IL 60172-2355
10956759     +Chicago Title Institute,    725 East Irving Park Road,    Roselle, IL 60172-2364
10907616      Commerce & Industry Insurance,    c/o Lerner & Weiss,    1600 Ventura Blvd., Suite 1111,
               Encino, CA 91436-2730
10907617     +Companion Property & Casualty,    PO Box 6000,    Columbia, SC 29260-6000
10956760     +Dur-A-Flex Inc,    95 Goodwin Street,    East Hartford, CT 06108-1146
10956761     +Emalfarb Swan & Bain,    440 Central Ave,    Highland Park, IL 60035-2651
10956763      Glenrock, Co,    135 South LaSalle Street,    Dept 4206,    Chicago, IL 60674-4206
11576388     +H.B. Fuller Com (SCB, Inc),    PO Box 65492,    St. Paul, MN 55165-0492
11017324    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department Of Revenue,    100 West Randolph  Ste 7-400,
               Bankruptcy Unit,    Chicago, Illinois  60601)
10907620    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10953187    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    POB 145566,    Cincinnati, OH  45214)
10907618      Illinois Department of Emplymt Sec.,    Northern Region,    260 East Indian Trail Road,
               Aurora, IL 60505
10907619      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
11315823     +Illinois Dept of Employment Security,    Attorney General Section - 9th Floor,
               33 South State STreet,    Chicago, IL 60603-2804
10958122     +Illinois Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago IL 60680-4385
10907621      Michael Singer, PC,    300 Dundee Road,    Suite 315,    Northbrook, IL 60062
10907622     +Michael Whelan,    770 Lee Street, #202,    Des Plaines, IL 60016-6468
10956764      North Central Terrazzo Inc,    406 South Court,    Rockford, IL  61101
10956765      Peoples Energy,    POB 0,    Chicago, IL  606690-3991
10956766      Terrazzo & Marble,    77 South Wheeling,    Des Plaines, IL  60016
10956767     +Terrazzo Workers Local 67,    6425 South Central Ave,    Chicago, IL 60638-5505
10907623     +Union National Bank,    101 East Chicago Street,    Elgin, IL 60120-6466
11733185     +Union National Bank,    c/o Aaron L. Hammer, Esq.,    Freeborn & Peters LLP,
               311 S. Wacker Drive, Suite 3000,    Chicago,IL 60606-6679
11092066     +Van Vlissingen and Co.,    One Overlook Point,    Suite 100,    Lincolnshire, IL 60069-4313
10956768     +Wasau Tile,    POB 1520,    Wausau, WI 54402-1520
10956770     +West Bend Insurance,    1900 South 18th Ave,    West Bend, WI 53095-9791
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11142451      Office of the U.S. Trustee
10956762    ##+FCCI Insurance Group,    12800 N Merdian Street Suite 100,    Carmel, IN 46032-9437
10956769    ##+Weinberg Richmond LLP,    333 West Wacker Drive Suite 1800,    Chicago, IL 60606-1288
                                                                                               TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: vrowe              Page 2 of 2              Date Rcvd: Jan 06, 2011
Case: 06-11292               Form ID: pdf006          Total Noticed: 36
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**             **Signature:**   _/s/ Joseph Speetjens_