UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
NATIONAL TERRAZZO, INC. § Case No. 06-11292
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           , and it was converted to chapter 7 on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | UNION NATIONAL BANK |  |  |  |  |  |
|  | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN |  |  |  |  |  |
| JOSEPH E. COHEN |  |  |  |  |  |
| INTERNATIONAL SURETIES, LTD. |  |  |  |  |  |
| INTERNATIONAL SURETIES, LTD. |  |  |  |  |  |
| INTERNATIONAL SURETIES, LTD. |  |  |  |  |  |
| VAN VLISSINGEN |  |  |  |  |  |
| AMERICAN AUCTION ASSOCIATES, INC. |  |  |  |  |  |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MONROE GUARANTY INSURANCE CO. | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLYMT SEC. | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003C | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000003B | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000003A | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000002C | ILLINOIS DEPARTMENT OF EMPLYMT SEC. | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF EMPLYMT SEC. | | | | | |
| 000004 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000008 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BLAST IT ALL, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013B | CHICAGO TILE INSTITUTE | | | | | |
| 000013A | CHICAGO TILE INSTITUTE | | | | | |
| 000012B | CHICAGO TILE INSTITUTE | | | | | |
| 000012A | CHICAGO TILE INSTITUTE | | | | | |
| 000001 | COMMERCE & INDUSTRY INSURANCE | | | | | |
| 000010 | H.B. FULLER COM (SCB, INC) | | | | | |
| 000014 | UNION NATIONAL BANK | | | | | |
| 000005 | VAN VLISSINGEN AND CO. | | | | | |
| 000009 | WASAU TILE | | | | | |
| 000011 | WEST BEND INSURANCE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-11292 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | | | | Date Filed (f) or Converted (c): | 01/23/07 (c) |
| | | | | | 341(a) Meeting Date: | 02/16/07 |
| For Period Ending: | 07/11/11 | | | | Claims Bar Date: | 11/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNT RECEIVABLE | 124,000.00 | 40,000.00 | | 133,189.83 | 0.00 |
| 2. DIP CHECKING (u) | 0.00 | 3,500.00 | | 3,426.00 | 74.00 |
| 3. INSURANCE REFUND (u) | 0.00 | 15.00 | | 15.00 | 0.00 |
| 4. WORKMANS COMP. INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE | 66,250.00 | 15,000.00 | | 15,000.00 | 0.00 |
| 7. OFFICE EQUIPMENT | 10,000.00 | 3,000.00 | | 5,000.00 | 0.00 |
| 8. MACHINERY | 179,722.00 | 50,000.00 | | 30,000.00 | 20,000.00 |
| 9. INVENTORY | Unknown | 30,000.00 | | 60,132.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,062.04 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $379,972.00 | $141,515.00 | | $247,824.87 | $20,074.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 11. TRUSTEE HAS EMPLOYED AUCTIONEER TO CONDUCT PUBLIC SALE OF ASSETS. SALE HAS BEEN
CONDUCTED AND ACCOUNTS RECEIVABLE ARE BEING COLLECTED. TRUSTEE STARTING TO REVIEW NUMEROUS CLAIMS THAT HAVE BEEN FILED
IN THIS CASE. FIANL REPORT FILED AND SET FOR FINAL HEARING ON 2/1/2011.

Initial Projected Date of Final Report (TFR): 04/30/08        Current Projected Date of Final Report (TFR): 11/30/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-11292 -PSH | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6715  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 07/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/07 | 1 | WOODSTOCK COMMUNITY UNIT | ACCOUNT RECEIVABLE | 1121-000 | 4,784.75 | | 4,784.75 |
| 02/15/07 | 1 | CUSTOM CONTRACTING | ACCOUNT RECEIVABLE | 1121-000 | 28,171.60 | | 32,956.35 |
| 02/15/07 | 1 | CLUNE CONSTRUCTION COMPANY | ACCOUNT RECEIVABLE | 1121-000 | 1,048.00 | | 34,004.35 |
| 02/15/07 | 000301 | MONROE GUARANTY INSURANCE CO. | insurance premium | 2420-000 | | 3,484.84 | 30,519.51 |
| | | c/o Bank One | Customer No: 0000667004CB | | | | |
| | | P.O. Box 663662 | Custom Name:  National Terrazzo, Inc. | | | | |
| | | Indianapolis, IN 46266 | | | | | |
| 02/28/07 | 2 | Union National Bank | Proceeds of DIP account | 1290-000 | 3,426.00 | | 33,945.51 |
| 02/28/07 | 3 | Companion Property & Casualty Insur. Co. | Insurance refund | 1290-000 | 15.00 | | 33,960.51 |
| 02/28/07 | 1 | Mark Mellicker | ACCOUNT RECEIVABLE | 1121-000 | 4,000.00 | | 37,960.51 |
| 02/28/07 | 1 | Custom Contracting | ACCOUNT RECEIVABLE | 1121-000 | 15,234.40 | | 53,194.91 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.47 | | 53,202.38 |
| 03/28/07 | 1 | Sherwin Williams | ACCOUNT RECEIVABLE | 1121-000 | 126.36 | | 53,328.74 |
| 03/28/07 | 1 | Professional Account Management | ACCOUNT RECEIVABLE | 1121-000 | 75.00 | | 53,403.74 |
| 03/28/07 | * NOTE * | American Auction Associates, Inc. | Sale of assets at auction | 1129-000 | 110,132.00 | | 163,535.74 |
| | | | * NOTE *  Properties 6, 7, 8, 9 | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 42.66 | | 163,578.40 |
| 04/10/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 21,256.07 | 142,322.33 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 119.61 | | 142,441.94 |
| 05/11/07 | 1 | BULLEY & ANDREWS LLC | ACCOUNT RECEIVABLE | 1121-000 | 16,690.00 | | 159,131.94 |
| 05/15/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 918.00 | 158,213.94 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 128.32 | | 158,342.26 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 130.14 | | 158,472.40 |
| 07/24/07 | 1 | W.E. O"NEIL CONSTRUCTION CO. | ACCOUNT RECEIVABLE | 1121-000 | 1,051.00 | | 159,523.40 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 134.74 | | 159,658.14 |
| 08/21/07 | 1 | MCHUGH/RITEWAY JOINT VENTURE | ACCOUNT RECEIVABLE | 1121-000 | 48,963.22 | | 208,621.36 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 147.59 | | 208,768.95 |
| 09/25/07 | 1 | CLUNE CONSTRUCTION CO. | | 1121-000 | 10,000.00 | | 218,768.95 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 133.56 | | 218,902.51 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 139.44 | | 219,041.95 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NATIONAL TERRAZZO, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6715  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 07/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/07 | 1 | The Meyne Company | ACCOUNT RECEIVABLE | 1121-000 | 395.00 | | 219,436.95 |
| 11/15/07 | | Transfer to Acct #*******6731 | TRANSFER TO WRITE CHECKS | 9999-000 | | 219,019.86 | 417.09 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 70.38 | | 487.47 |
| 12/24/07 | 1 | CRANE CONSTRUCTION | ACCOUNT RECEIVABLE | 1121-000 | 2,650.50 | | 3,137.97 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 0.27 | | 3,138.24 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.24 | | 3,139.48 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.75 | | 3,140.23 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.77 | 3,137.46 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.74 | | 3,138.20 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.64 | | 3,138.84 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.40 | | 3,139.24 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.39 | | 3,139.63 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.40 | | 3,140.03 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.39 | | 3,140.42 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.39 | | 3,140.81 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.30 | | 3,141.11 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.25 | | 3,141.36 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 3,141.53 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,141.56 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,141.58 |
| 02/28/09 | 000303 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 2.58 | 3,139.00 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,139.03 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,139.10 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,139.17 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,139.25 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,139.33 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,139.41 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,139.49 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 16.02b

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | NATIONAL TERRAZZO, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6715  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0271 | | | |
| For Period Ending: | 07/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.57 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.65 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,139.73 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.80 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,139.87 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.73 | 3,136.14 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,136.23 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.31 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,136.38 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,136.47 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.55 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.63 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.71 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,136.78 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.86 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,136.94 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,137.02 |
| 02/01/11 | | Transfer to Acct #*******6731 | Final Posting Transfer | 9999-000 | | 3,137.02 | 0.00 |

| Account *******6715 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 16 | Deposits | 246,762.83 | 4 | Checks | 3,493.92 |
| | 48 | Interest Postings | 1,062.04 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 244,330.95 |
| | | Subtotal | $ 247,824.87 | | | |
| | | | | | Total | $ 247,824.87 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 247,824.87 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.02b

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | NATIONAL TERRAZZO, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6731 BofA - Checking Account |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 07/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 21,256.07 | | 21,256.07 |
| 04/10/07 | 003001 | AMERICAN AUCTION ASSOCIATES | Reimburse Auctioneers Expenses | 3620-000 | | 9,359.79 | 11,896.28 |
| 04/10/07 | 003002 | VAN VLISSINGEN | ADMINISTRATIVE RENT PAYMENT | 2410-000 | | 11,896.28 | 0.00 |
| 05/15/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 918.00 | | 918.00 |
| 05/15/07 | 003003 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF DUMPSTER EXPENSES | 2420-000 | | 918.00 | 0.00 |
| 11/15/07 | | Transfer from Acct #*******6715 | TRANSFER TO WRITE CHECKS | 9999-000 | 219,019.86 | | 219,019.86 |
| 11/15/07 | 003004 | Union National Bank | Sale proceeds | 4210-000 | | 82,617.77 | 136,402.09 |
| | | | Sale proceeds | | | | |
| 11/15/07 | 003005 | Internal Revenue Service | ACCOUNT RECEIVABLE | 4300-000 | | 121,138.30 | 15,263.79 |
| 11/15/07 | 003006 | Joseph E. Cohen | Trustee Fees | 2100-000 | | 15,263.79 | 0.00 |
| | | | Trustee Fees | | | | |
| 02/01/11 | | Transfer from Acct #*******6715 | Transfer In From MMA Account | 9999-000 | 3,137.02 | | 3,137.02 |
| 02/03/11 | 003007 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 377.45 | 2,759.57 |
| 02/03/11 | 003008 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Claim 000015, Payment 100.00000% (15-1) Modified to include text/claim amount: Administrative Priority Claim $1,250.00 (Modified on 12/10/2007) | 2950-000 | | 1,250.00 | 1,509.57 |
| 02/03/11 | 003009 | Illinois Department of Emplymt Sec. Northern Region 260 East Indian Trail Road Aurora, IL 60505 | Claim 000002A, Payment 7.25878% | 6820-000 | | 1,509.57 | 0.00 |

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11292 -PSH | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | NATIONAL TERRAZZO, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6731 BofA - Checking Account |
| Taxpayer ID No: | *******0271 | | |
| For Period Ending: | 07/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6731
- Balance Forward 0.00
- 0 Deposits 0.00
- 0 Interest Postings 0.00
- Subtotal $ 0.00
- 0 Adjustments In 0.00
- 4 Transfers In 244,330.95
- Total $ 244,330.95

- 9 Checks 244,330.95
- 0 Adjustments Out 0.00
- 0 Transfers Out 0.00
- Total $ 244,330.95

Report Totals
- Balance Forward 0.00
- 16 Deposits 246,762.83
- 48 Interest Postings 1,062.04
- Subtotal $ 247,824.87
- 0 Adjustments In 0.00
- 4 Transfers In 244,330.95
- Total $ 492,155.82

- 13 Checks 247,824.87
- 0 Adjustments Out 0.00
- 4 Transfers Out 244,330.95
- Total $ 492,155.82

Net Total Balance $ 0.00

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 13)* Ver: 16.02b